```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America
```

FILED
NOV 03 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>621 WEST FONTAINE LANE<br>CLOVIS, CALIFORNIA 93619<br><br>9455 N. FORT WASHINGTON RD, #104,<br>FRESNO, CALIFORNIA 93730 | S.W. NO.  1:11 SW 00208 SMS<br>          1:11 SW 00209 SMS<br><br>ORDER SEALING SEARCH WARRANT AFFIDAVIT |

The search warrant affidavit in this case having been sealed by Order of its Court on September 13, 2011, and it appearing that the affidavit and warrants are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavits and warrants be unsealed and made public record.

DATED: 11/3/11

_____
UNITED STATES MAGISTRATE JUDGE

1